1

2

3

4

5

6

7

8

9

10

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

11

12

13

14

15

16

| | |
|---|---|
| JACK SERVANTES,<br><br>                    Plaintiff,<br><br>        v.<br><br>COMMISSIONER OF SOCIAL<br>SECURITY,<br><br>                    Defendant. | Case No. 1:24-cv-00295-CDB (SS)<br><br>ORDER ON STIPULATION GRANTING<br>VOLUNTARY REMAND PURSUANT TO<br>SENTENCE FOUR OF 42 U.S.C. § 405(g)<br>AND TO ENTRY OF JUDGMENT<br><br>(Doc. 13) |

17        Pending before the Court is the parties' stipulated request to voluntary remand pursuant

18   to sentence four of 42 U.S.C. § 405(g) and to entry of judgment, filed July 22, 2024.  (Doc. 13).

19        Upon consideration of the parties' stipulation, pleadings and for good cause shown, IT

20   IS HEREBY ORDERED:

21        1.   The above-captioned matter is remanded to the Commissioner of Social Security for

22             further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g);

23        2.   Upon remand, the Appeals Council shall remand the case to an Administrative Law

24             Judge for a new decision in accordance with the parties' stipulation (Doc. 13); and

25   / / /

26   / / /

27

28

1    3.   The Clerk of the Court is directed to terminate Plaintiff's motion for summary

2         judgment (Doc. 10), enter a final judgment in favor of Plaintiff, and against

3         Defendant, reversing the final decision of the Commissioner, and terminate all

4         pending dates.

5  IT IS SO ORDERED.

6    Dated:   **July 25, 2024**

7                                                            UNITED STATES MAGISTRATE JUDGE