**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JACK SERVANTES,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MARTIN O'MALLEY,<br>Commissioner of Social Security,<br><br>　　　　Defendant. | Case No.: 1: 24-cv-0295 JLT CDB<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, AND AWARDING ATTORNEY'S FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT<br><br>(Docs. 17, 19.) |

　　　　Jack Servantes and Martin O'Malley, Commissioner of Social Security, stipulated that Plaintiff shall be awarded fees and expenses in the amount of $6,750.00 pursuant to the Equal Access to Justice Act pursuant to 28 U.S.C. § 2412(d), and no costs under 28 U.S.C. § 1920.  (Doc. 17 at 1-2.)  The magistrate judge issued Findings and Recommendations, recommending the Court adopt the terms of the stipulation.  (Doc. 19 at 1-3.)

　　　　The Court served the Findings and Recommendations on the parties and notified them that any objections were due within 14 days.  (Doc. 19 at 3.)  The Court advised the parties that the "failure to file objections within the specified time may result in the waiver rights on appeal." (*Id*., quoting *Wilkerson v. Wheeler*, 772 F.3d 834, 838-39 (9th Cir. 2014).)  Neither party filed objections, and the time to do so has passed.

　　　　According to 28 U.S.C. § 636(b)(1), this Court performed a *de novo* review of this case.  Having carefully reviewed the matter, the Court concludes the Findings and Recommendations are

1

supported by the record and proper analysis.  Thus, the Court **ORDERS**:

1. The Findings and Recommendation issued on October 29, 2024 (Doc. 19) are **ADOPTED** in full.
2. Subject to the terms of the parties' stipulation, Plaintiff is **AWARDED** fees and expenses in the amount of $6,750.00 under 28 U.S.C. § 2412(d).

IT IS SO ORDERED.

Dated:   **November 15, 2024**

UNITED STATES DISTRICT JUDGE